IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | : C.A. No. 06-458 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| RICHARD BURTON, and CLARA CLARK. | : |
| | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO CONSOLIDATE
CIVIL ACTIONS NO. 06-301 AND 06-458**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, defendants Christiana Care Health Systems, Richard Burton, and Clara Clark hereby move to consolidate Civil Actions No. 06-301 and 06-458, and transfer Civil Action No. 06-458 to Judge Kent A. Jordan. In support of this Motion, Defendants rely upon the accompanying Memorandum of Law and attached documents.

Respectfully submitted,

/s/ James H. McMackin
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
    WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

1439058/1

Of Counsel:

Michael J. Ossip
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543

Dated:  August 4, 2006                    Attorneys for Defendants

1439058/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | C.A. No. 06-458 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| RICHARD BURTON, and CLARA CLARK. : | |
| : | |
| Defendants. : | |

### ORDER

AND NOW this _____ day of _____, 2006, upon consideration of Defendants' Motion to Consolidate Civil Action Nos. 06-301 and 06-458, and Plaintiff's response thereto, it is hereby ORDERED that said Motion is Granted and that Civil Action No. 06-458 is hereby transferred to Judge Kent A. Jordan and consolidated with Civil Action No. 06-301.

_____
J.

1439058/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-458 |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., | : | |
| RICHARD BURTON, and CLARA CLARK, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 4, 2006, I electronically filed the attached **DEFENDANTS' MOTION TO CONSOLIDATE CIVIL ACTION NO. 06-301 AND 06-458** and **PROPOSED ORDER** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                      Of Counsel:

                      Michael J. Ossip
                      Thomas S. Bloom
                      MORGAN, LEWIS & BOCKIUS LLP
                      1701 Market Street
                      Philadelphia, PA 19103
                      (215) 963-5761/5543

Dated: August 4, 2006       Attorneys for Defendants

JYM/011747-0043/1439236/1