IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-458 |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK. | : | |
| Defendants. | : | |

**STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Local Rule 81.2, Defendants Christiana Care Health Systems, Richard Burton and Clare Clark, improperly named in the Complaint as Clara Clark (the "Defendants") provide this statement identifying all pending matters which require judicial action.

On August 4, 2006, the Defendants moved to consolidate (the "Motion to Consolidate") this Civil Action No. 06-458 (the "Action") with Civil Action No. 06-301, and transfer the Action to Judge Kent A. Jordan. At this time, the Motion to Consolidate remains outstanding. The Motion to Consolidate is the only pending matter which requires judicial action in the Action.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ James H. McMackin, III
David H. Williams (I.D. No. 616)
dwilliams@morrisjames.com
James H. McMackin, III (I.D. No. 4284)
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Of Counsel:                       Michael J. Ossip
                                     Thomas S. Bloom
                                     MORGAN, LEWIS & BOCKIUS LLP
                                     1701 Market Street
                                     Philadelphia, PA  19103
                                     (215) 963-5761

                                     Attorneys for Defendants

Dated:  August 9, 2006

JYM/011747-0043/1441454/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-458 |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., | : | |
| RICHARD BURTON, and CLARA CLARK, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 9, 2006, I electronically filed the attached **STATEMENT PURSUANT TO LOCAL RULE 81.2** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE  19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Of Counsel:

Michael J. Ossip
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5761/5543

Dated:  August 9, 2006           Attorneys for Defendants

JYM/011747-0043/1441456/1