IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-301-KAJ |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, MR. RICHARD ) | |
| BURTON, and MRS. CLARA ) | |
| CLARK, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-458-KAJ |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, RICHARD BURTON, ) | |
| and CLARA CLARK, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants move the court to consolidate civil actions No. 06-301-KAJ and 06-458-KAJ on the basis that the two complaints are identical with the exception of the claimed amount of damages. The motion was filed in C.A. No. 06-458-KAJ, D.I. 4, and it will be granted.

As defendants correctly note, the allegations in both complaints involve identical facts and are brought against identical defendants. Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or

fact...to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). Rule 42(a) gives a district court broad powers to consolidate actions involving common questions of law or fact if, in its discretion, such consolidation would facilitate the administration of justice. *In re Lucent Technologies Inc. Securities Litigation,* 221 F.Supp.2d 472, 480 (D.N.J. 2001).

IT IS THEREFORE ORDERED that:

1. Defendants' motion (C.A. No. 06-458-KAJ, D.I. 4) to consolidate civil actions No. 06-301-KAJ and 06-458-KAJ is GRANTED.

2. Civil Case Nos. 06-301-KAJ and 06-458-KAJ are CONSOLIDATED for all purposes.

3. The caption of the Consolidated Action is as follows:

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | Civ. No. 06-301-KAJ |
| | ) | Civ. No. 06-458-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

4. The complaint (D.I. 2) filed in Civil Action No. 06-301-KAJ, and the complaint (D.I. 1) in Civil Action No. 06-458-KAJ together will stand as complaint in this Consolidated Action.

5. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

6. Hereafter, court pleadings and documents shall filed **only** in Civil Action

No. 06-301-KAJ. The Court will not accept pleadings filed in 06-458-KAJ.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE

October 3, 2006
Wilmington, Delaware